1  JAMES F. MCCABE (CA SBN 104686)
   JMcCabe@mofo.com
2  JAMES R. MCGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
3  RITA F. LIN (CA SBN 236220)
   RLin@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendants
   WACHOVIA CORPORATION, and
8  WACHOVIA BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA SPEARS-HAYMOND, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION, WACHOVIA BANK, N.A., and DOES 1 through 10,<br><br>Defendants. | Case No.   C-08-4610-MHP<br><br>**CLASS ACTION**<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT |

1    Pursuant to Local Rule 6-1(a), and Federal Rule of Civil Procedure 12(a), it is hereby
2    stipulated by and between plaintiff Celia Spears-Haymond and defendants Wachovia Corporation
3    and Wachovia Bank, N.A. (collectively, "Wachovia"), through their respective attorneys, that the
4    time by which Wachovia may plead or otherwise respond to the Complaint shall be extended to
5    and include December 19, 2008. The stipulated extension does not affect any other event or
6    deadline already fixed by Court order.

Dated: December 12, 2008

JAMES F. MCCABE
JAMES R. MCGUIRE
RITA F. LIN
MORRISON & FOERSTER LLP

By: _____
    James R. McGuire

Attorneys for Defendants
WACHOVIA CORPORATION, and
WACHOVIA BANK, N.A.

Dated: December 12, 2008

RICHARD D. McCUNE
JAE (EDDIE) K. KIM
McCUNE & WRIGHT, LLP

By: _____
    Richard D. McCune

Attorneys for Plaintiffs
CELIA SPEARS-HAYMOND

IT IS SO ORDERED
Judge Marilyn H. Patel