HUNTON & WILLIAMS LLP
ANN MARIE MORTIMER (CA SBN 169077)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213.532.2000
Facsimile: 213.532.2020
E-mail: amortimer@hunton.com

HUNTON & WILLIAMS LLP
FRASER A. MCALPINE (CA SBN 248554)
575 Market Street, Suite 2700
San Francisco, CA 94105
Telephone: 415.975.3700
Facsimile: 415.975.3701
E-mail: fmcalpine@hunton.com

HUNTON & WILLIAMS LLP
T. THOMAS COTTINGHAM, III (*pro hac vice* pending)
101 South Tryon Street, Suite 3500
Charlotte, North Carolina 28280
Telephone: 704.378.4700
Facsimile: 704.3778.4890
E-mail: tcottingham@hunton.com

JAMES R. MCGUIRE (CA SBN 189275)
JMcGuire@mofo.com
RITA F. LIN (CA SBN 236220)
RLin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
WACHOVIA CORPORATION, and WACHOVIA BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA SPEARS-HAYMOND, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION, WACHOVIA BANK, N.A., and DOES 1 through 10,<br><br>Defendants. | Case No.   C-08-4610-MHP<br><br>**CLASS ACTION**<br><br>STIPULATION CONSOLIDATING HEARING FOR MOTION TO STAY/TRANSFER AND CASE MANAGEMENT CONFERENCE |

Pursuant to the Court's October 3, 2008 Case Management Order, the initial case management conference in this matter is set for January 12, 2009 at 4:00 p.m.  Defendants' Motion To Transfer Or Stay Action is also set for hearing on January 12, 2009 at 10:00 a.m.

If convenient for the Court, the parties respectfully request that they be permitted to make a single appearance for both the Case Management Conference and the hearing on defendants' motion at either 10:00 a.m. (the parties' preference) or 4:00 p.m.  If it is not convenient for the Court, the parties will, of course, appear as scheduled.

Respectfully submitted,

Dated: January 5, 2009

JAMES R. MCGUIRE
RITA F. LIN
MORRISON & FOERSTER LLP

By:      /s/ James R. McGuire
          James R. McGuire

Attorneys for Defendants
WACHOVIA CORPORATION, and
WACHOVIA BANK, N.A.

Dated: January 5, 2009

RICHARD D. McCUNE
JAE (EDDIE) K. KIM
McCUNE & WRIGHT, LLP

By:      /s/ Richard D. McCune
          Richard D. McCune

Attorneys for Plaintiffs
CELIA SPEARS-HAYMOND

I, James R. McGuire, am the ECF user whose ID and password are being used to file this Stipulation Consolidating Hearing For Motion To Stay/Transfer And Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Richard D. McCune has concurred in the filing of this document with his electronic signature.

1  HUNTON & WILLIAMS LLP
   ANN MARIE MORTIMER (CA SBN 169077)
2  550 South Hope Street, Suite 2000
   Los Angeles, California 90071-2627
3  Telephone:  213.532.2000
   Facsimile:  213.532.2020
4  E-mail:  amortimer@hunton.com

5  HUNTON & WILLIAMS LLP
   FRASER A. MCALPINE (CA SBN 248554)
6  575 Market Street, Suite 2700
   San Francisco, CA 94105
7  Telephone:  415.975.3700
   Facsimile:  415.975.3701
8  E-mail:  fmcalpine@hunton.com

9  HUNTON & WILLIAMS LLP
   T. THOMAS COTTINGHAM, III (*pro hac vice* pending)
10 101 South Tryon Street, Suite 3500
   Charlotte, North Carolina 28280
11 Telephone:  704.378.4700
   Facsimile:  704.3778.4890
12 E-mail:  tcottingham@hunton.com

13 JAMES R. MCGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
14 RITA F. LIN (CA SBN 236220)
   RLin@mofo.com
15 MORRISON & FOERSTER LLP
   425 Market Street
16 San Francisco, California  94105-2482
   Telephone: 415.268.7000
17 Facsimile: 415.268.7522

18 Attorneys for Defendants
   WACHOVIA CORPORATION, and WACHOVIA BANK,
19 N.A.

20                     UNITED STATES DISTRICT COURT
21                    NORTHERN DISTRICT OF CALIFORNIA
22

| | |
|---|---|
| CELIA SPEARS-HAYMOND, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION, WACHOVIA BANK, N.A., and DOES 1 through 10,<br><br>Defendants. | Case No.   C-08-4610-MHP<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER CONSOLIDATING HEARING ON MOTION TO STAY/TRANSFER AND CASE MANAGEMENT CONFERENCE |

ORDER GRANTING STIP CONSOLIDATING HEARING FOR MOTION TO STAY/TRANSFER AND CMC
CASE NO. C-08-4610 MHP
sf-2622686

1  Pursuant to the parties' stipulation, it is hereby ordered that the hearing on Defendants'
2  Motion To Transfer Or Stay Action and the Case Management Conference shall both be held on
3  January 12, 2009 at  2:00 p.m.

4  **IT IS SO ORDERED.**

5

6  Dated: 1/7/2009

    Honor: _____
    United _____
    Judge Marilyn H. Patel

9  \

*IT IS SO ORDERED* (stamp, signed by Judge Marilyn H. Patel, United States District Court, Northern District of California)